# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| CGI Federal, Inc. | )    ASBCA Nos. 61259, 61260, 61261 |
| | ) |
| Under Contract No. N66001-07-D-2059 *et al.* | ) |

APPEARANCE FOR THE APPELLANT:     Karen L. Manos, Esq.
            Gibson, Dunn & Crutcher LLP
            Washington, DC

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
            DCMA Chief Trial Attorney
            Robert L. Duecaster, Esq.
            Defense Contract Management Agency
            Chantilly, VA

## ORDER OF DISMISSAL

The dispute that is the subject of theses appeals having been settled, the appeals are hereby dismissed with prejudice.

Dated: 6 February 2018

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61259, 61260, 61261, Appeals of CGI Federal, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals